### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN WOODS, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | No. 13-2455 |
| v. ) | (No. 2: 2011-cv-02855-RMG) |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Appellee-Defendant. ) | |
| _____) | |

### APPELLANT'S MOTION FOR
### THIRTY-DAY EXTENSION OF BRIEFING SCHEDULE

COMES NOW THE APPELLANT, by and through his undersigned counsel, and hereby requests a thirty-day extension of the briefing schedule previously established in this case. Appellant's counsel has notified Appellee's counsel of his intent to file this motion and is awaiting her response.

Despite participating in good faith, the parties appear to have been unable to resolve the matter during the court-ordered mediation. Under the current briefing order, the Appendix, and Appellant's brief are due on January 27, 2014. Collectively, the Appellant's undersigned counsel has multiple personal and professional conflicts in the next week. Further, the record and the procedural history underlying this matter are quite extensive. Appellant's counsel, who was not his counsel in the trial court, seeks additional time to adequately address all issues on appeal.

Therefore, for good cause shown, the Appellant respectfully requests a thirty-day extension of the briefing schedule previously established in this case.

January 25, 2014    Respectfully submitted,

    /s/ Gerald Gilliard_____
Gerald L. Gilliard, Esq.
The Law Office of Gerald L. Gilliard, Esq., LLC
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Telephone:    (202) 827-9753
Facsimile:    (202) 478-1783
Attorneys for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2014, a copy of the foregoing was served on all counsel via the Court's ECF system.

    /s/ Gerald L. Gilliard_____
Gerald L. Gilliard