# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN WOODS, | ) |
| Plaintiff-Appellant, | ) |
| | ) No. 13-2455 |
| v. | ) (No. 2: 2011-cv-02855-RMG) |
| THE BOEING COMPANY, | ) |
| Appellee-Defendant. | ) |

## APPELLANT'S EMERGENCY MOTION FOR A SEVEN-DAY EXTENSION OF THE BRIEFING SCHEDULE

COMES NOW THE APPELLANT, by and through his undersigned counsel, with all due respect and out of an abundance of caution, to hereby request a final extension of the briefing schedule previously established in this case.

Appellant's counsel awaits word from Appellee's counsel concerning Appellant's consent of a final extension of no more than seven days.

A final extension is warranted because the Appellant still genuinely requires additional time to complete the integration of previously sealed documents into his opening brief, complete the assembly of a sealed appendix and to deliver said brief

and appendix to the attention of the Clerk of this Court. While Appellee's counsel has generously granted verbal permission to allow Appellant's hire of an appellate brief preparation service, the execution of a final written confidentiality agreement to permit said hire is pending. We would be unable to ourselves complete printing the joint appendix in time to mail it by 8:30 pm this evening, which would enable its delivery before 5:00 pm on March 20, 2014.

    Therefore, for good cause shown, Appellant respectfully requests a final extension of seven days, or at the very least, one to two days, of the briefing schedule previously established in this case.

March 19, 2014              Respectfully submitted,

                                   /s/ Gerald Gilliard_____
                                   Gerald L. Gilliard, Esq.
                                   The Law Office of Gerald L. Gilliard, Esq., LLC
                                   1629 K Street, N.W., Suite 300
                                   Washington, D.C. 20006
                                   Telephone: (202) 827-9753
                                   Facsimile: (202) 478-1783

                                   *Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, a copy of the foregoing was served on all counsel via the Court's ECF system.


/s/ Gerald Gilliard___
Gerald L. Gilliard